His Honor Needs to Recive
This Mail

Clerk, US District Court          11/8/24    Mailed 11/12/24 Tuesday
Hon- Charles Siragusa

Hello your Honor I send this to you From a stand point of Need.
I was told by Aaron to send whatever I wanted you to have to him. No
your Honor I am Not telling you, or Thee Hon Geraci your positions
I Would Never even attempt to, but This Court does have Jurisdiction.
Back in 2022 There was an Investigation done on Amy LaMont
Five points SuperIntendent who Blocked my Right to an Appeal.
   I have Written The pro-se litigation unit Numerous times depicting
how the Feds have Jurisdiction. Ive been Fed spiders, Metal and
Diseases. I breakOut everyday on my veins. My Mail Was
Stoken bt PeQueen On October 18th 2024. I am trying Not to Circumvent
the process of Complaining but Any grievance Complaint Filed is
Not Processed unless its pertaining to Miscellanous issues.
       I have a Right to adequate Medical care; association,
Free From unreasonable Searches, assult, Threats and Intimidation.
   How Am I going through all this with Body Cameras on and you All
are IgNoring my mail. Corpal punishment is Illegal Im
Starving you have been getting my mail since Retired Michael
Kieffer og spoke For me in 2014. The Icing on The Cake is 10-31-24 my
Grandma Turned 85 Juanita Beaman a Christian woman who has
Influenced me to serve, but I got cards late From The Chaplin when
I placed The card In The mail The C.O who Foud I Refused because
it was Tampered with Tore it to Shreds   I Contemplated Suicide
I Just couldnt take it So I Ended up on a 10N1 watch For
24 hours approx Really 18 hours. I came back all my legal
Documents Destroyed. Hygrene products Garbage  Photos Ill Never
See Again Just Garbage missing and I end up Next to the
Jail house trustee who In Formed me They threw Them Away. I
am Currently In orleans Corr RRU  A-1-25 Cell he is In
   24 Cell; Although this is A Double bunked Facility Neither of us
have a Cell mate so he is The only on The Chain sheet but since

he is getting Extra Food he Wont Sign This. Just Like Fr 24-FPg-6191 They made The Witness a porter so office Of Special Investigations Investigation was Frivilous They do Nothing Anyway I Actually observed Them Discussing going out Together. How is This Place giving a Adversarial Impartial Form Of Any Complaint For Any Incarserated Inmate who is Not a IgNorant Prisoner. you kno I Pro-se conducted Indict # 1092$^{(A)}$ 2013, so I Should have the benefit of is Shaquill Following The Chain of command before bringing this to our OFFICE. They are Throwing Away my mail; The Grievances that Are Processed Are denied without Investigation word Semantics This is reality Not Just Something I Intimated. Ive unequivocally Said if Any Form OF Deception is applied I will be the only who PASS, Nothing. Ive mailed letters to state Troopers From here and had my wife do The Same The State has done Nothing No Investigation, No Followup My Affadavits Are a Waste of INK Clerk, your Honor. These people stole my mail They See I have a great Federal writ Impending so Now They SAY if your Alive to Lose They Put Metal In my Food Mercer Ive been InFeated with I have Green Flem or phlem Coming out OF my throat but No common cold Symptoms over 60 people have had Blood Draws Im Neglected everytime.

C.O.'s who Are Not on my Reports who Actually Beat me up and cut my Face, head and Body Will be Exposed. what law Abiding Citizen will Not take The test I will go First Now that there is A BLACK Male No Engaging they get to do whatever They want to me Seeing me tryNa go home. Every visit Im Teaching young Kids who See me Beat up hair All pulled out I had long Dreadlocks touching The lower back of my Body but all my hair was Ripped out Beat Then Covered up. I have witnesses That left That will Now Verify my Accounts. All my property was Taken She The poea Dep Admits it laughs I Inform The commitioner Nothing happens Now they Wont give me my property Inventory to Claim it So my R,000 In property is Now lost Destroyed and o well Shaquill Let me guss dont complain Just hold it

I Thought Slavery WAS over Atleast then They were Provided Clean meals For their work Although small I cant ever Eat. Im Healthey From 2009 - 2024 Now l have Heart Problems my Body is Not holding water I have 3 Diffrent type of Bumps That come go Salt or Bee stingers Just Come out my Skin to The toch. my hair is Just Falling off. my mouth is Dry No matter what l do. I have Spots All over my Body No Medical meaningful Attention l have 3 Prescriptions Without The Doctor doing A medical examination. This is to SAY " o we gave this That" What medical Professional uses A Hypothesis Through A Door Stained with marker through A Plexi Glass stained window And This Office WAS An obligation to Mandate The State to Follow The United States Constitution. All my BASIC Rights Are violated 1st 5th 8th 9th 14th AMendments of The United States Constitution. The Conditions of having Back Problems being Forced to sleep on A mat Sheet Thin, No heat, No cleaning Products What do you want me to do Actually Attempt to hurt Somebody Ive Never done That This Seems Like A Ruse to me. As Respectful As l CAN be Ive Sent Notarred letters & Exhibits to Niagara Square on August 25th seeing spiders in my Food my wife Charlene Battle took it The 26th – Sep 1st when she could Find time From work. She Just had 2 Heart Attacks I have Residential custody of 3 small Kids This is Hurting my Family And Im The one who is Innocent of my criminal Charges? Ive Never Assulted Anybody. Im very Frustrated but God is Right his Power is made Perfect in my weakness l Studied with Oliver Atkins & Mark Jordan The Last 4 years How is Showing This much Restraint Not Habilitated l Never Committed those Crimes AnyWAY So there is No Re l was home 8 Months Nothing but A DWI In A car Reported Stolen by Drug heads who l paid I pulled over And Dealt with Hon – Rainbow And l Loved his Stories he — Anywho I satisfy someone who Needs this Courts help And l Also

———➔

by A preponderance OF The circumstances show Im ready to Re enroll to society  My wife is The Daughter of Mr and Mrs

A great CATHolic BAsed Family  Her original mom Carol Kanrer l mentioned this because l have All The tools I have Employment at Gm waiting.  Prisoners Legal Services Relayed l can Intern Soon As Im Released as well As The Corr Care Association  I dont Know Any others who they've made Round! and said That too I had it In writing before They took it.  My Address is 339 south st LockPort NY 14094  we were Blessed to Inheret this home still PAying but its ours.  Im 2 Hours From Roch.  Hon - SiragusA Can you please Ask my Honor Mr Geraci Jr to allow me to show and prove  I can Run my Company Face time home Cameras ; Face time Tablet Fiesta  I PASSed Food Handling  And Can Serve over 1000 People In 1 setting.  I Just wrote Katchy Hochol because l got Contusions & cuts all over my hands while Cuffed For Asking About my Property No Ticket on The use of Force  Nov 1st 2024  How many Times am l gonna get hurt both C.O's were 300 pounds Body Builders with A Srgt  l WAS Fresh OFF Suicide watch  NON violent  NON yelling srgt present  it still happend.

How Ironic is This  Ive KnowN Charles Murray Roc Pro Boxer All my Life and CAN Defend myself but The Bible 2 Timothy Chapter 2 verses 22-26  Are LAW to me  Whaat Really made me PAY Attention is Chapter 3 verse 7  Then l Read 2 CORINThians chapter 11 verses 21 - 31  And l solidly stand In Patience hoping That I Am Not Killed because These people dont Want The truth to Come out  Im trying So hard your Honor  I Need Some medical attention  Every week l see my wife & GrandKids  Our children  She Now has a stint in her heart  Judge  I am struggling to Go on  I pray more Than 3  maybe 8,9 times A day to STAY SANE  And please excuse my Tears but Im speaking From A sincere spot of Tribulation

I'm in The State but this is A
Violation of Rhodes v Chapman 452 US 337
Rochin v California 342 US 165   Help.

I can only send 5 pages per Envelope And I have to pray
This Graces your presence as it is I made sure To clean my
pen wash my hands under The Water As Hot As l can also
washing my Wrist because I belive l had Something wrong with
my Body I'm usally 220-227  I'm 190 After Eating As much As
l Could From A visit   I prayed prayed and ended up writing
you Again because I belive Ive Endured things Now That does
Give Rise to Jurisdiction by this Court to Enforce The State
to Follow The United States Constitution.

      I'm The one Who Knows beter Then to make A False
Statement so  I make The Aforementioned Statements
under The Penalties of Perjory; From Personal Information
and belief and as to any matters Alledged upon Information
and belief I belive those matters to be True. AB
I can Explain The way The Staff is Poisoning my Food l See it
They use tactics That Are Not Direct but Circumstantially
Direct If That makes Sense.

      Some C.O's say l only have A Few years to Enjoy my Suits.
This Aint Right I Know Ive Seen metal In my stool Twice
it obviously is soft because l didnt See or Feel it and l
wrote up C.O J. Brooks I dont Know What happend. I
Cannot Afford An Attorrey unless l take more From our
Home and Thats Not good because only my Wife Pays The
Bills And With her New Condition(s) l Just Felt l Should
Inform The Court Now That l Know The Constotion is
not being Followed.  I Need help I'm scheduled to
Finally be Released From Orleans RRU The 28th of Nov 24
and I'm Praying I'm Not hurt Again and Written up
For Assult. you See me hit A Bag you'll Know l Never hit
Anyone, espicaully Someone who didnt See it Coming - I'm Indured
no one elese And l hit Someone Flush In The Face This is Terrible
But Prayer Heals   Hear my cry In The Name of Jesus Please.
      God Bless you All     VTY,   Aarquerrt Battle
Send me a Clean plate of Food Somehow I'm hungry man 1532077
                                                    Please

ORLEANS CORRECTIONAL FACILITY
3531 Gaines Basin Road
Albion, New York 14411-9199

NAME: Shaquill Battle    DIN: 15B2077

LEGAL MAIL

23-CV-6600

Clerk, U.S. DISTRICT-
Court House. In/w Hon Singawn
United States Court House
Rochester NY 14614-1387

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Shaquille Battle          DIN: 15 B2077

Printed On Recycled Paper