GREGORY SALMON, ESQ. (Reg No. 5267331)
CRIMINAL APPEALS ADVOCATES P.C.
14 Wall Street, 20th Floor
New York, NY 10005
(267) 662-1671
ClientMail@CriminalAppealsAdvocates.com

*Attorney for Petitioner*

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SHAQUILL BATTLE,<br>          Petitioner,<br>     vs.<br><br>JOSEPH H. NOETH, as Acting Warden, Attica<br>Correctional Facility,<br>          Respondent. | )<br>) Case No.: 6:23-CV-6600 (FPG)<br>)<br>)<br>)<br>) **NOTICE OF APPEARANCE**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLEASE TAKE NOTICE** that Petitioner Shaquill Battle hereby appears in the above-captioned

action, and that the undersigned has been retained as Attorney for said Petitioner and demands

that all papers in this action be served upon the undersigned at the post office address stated

below.

Dated: February 06, 2026

/s/ *Gregory Salmon*
Gregory Salmon

NOTICE OF APPEARANCE

GREGORY SALMON, ESQ. (Reg No. 5267331)
CRIMINAL APPEALS ADVOCATES P.C.
14 Wall Street, 20th Floor
New York, NY 10005
(267) 662-1671
ClientMail@CriminalAppealsAdvocates.com

*Attorney for Petitioner*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SHAQUILL BATTLE,<br>　　　　　Petitioner,<br>　　vs.<br><br>JOSEPH H. NOETH, as Acting Warden, Attica Correctional Facility,<br>　　　　　Respondent. | Case No.: 6:23-CV-6600 (FPG)<br><br>**Declaration of Service** |

　　　　I certify that on February 06, 2026, I filed the document listed below with the Clerk of the Court for the United States District Court, Western District of New York, by using the Court's CM/ECF system, and also served as counsel of record via this Court's CM/ECF system.

Notice of Appearance

I declare under penalty of perjury that the foregoing is true and correct, and this declaration was executed on February 06, 2026.

/s/ *Gregory Salmon*
Gregory Salmon

Proof of Service